**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLA OTTLEY-COUSIN<br><br>   Plaintiff,<br><br>vs.<br><br>MMC HOLDINGS, INC.,<br><br>   Defendant. | Case No. 16-cv-0577 (MKB)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MMC HOLDING OF BROOKLYN INC.** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MMC Holding of Brooklyn Inc. ("MMC") (incorrectly identified in the Complaint as "MMC Holdings, Inc."), by its undersigned counsel, Kelley Drye & Warren LLP, states that MMC is a nongovernmental, privately owned entity, that is a wholly-owned subsidiary of Maimonides Health Resources, Inc., and no publicly owned corporation owns any of its stock.

| | |
|---|---|
| Date: April 5, 2016<br>    New York, New York | KELLEY DRYE & WARREN LLP<br><br>/s/ *Barbara E. Hoey*<br>Barbara E. Hoey<br>Allison Gottlieb<br>101 Park Avenue<br>New York, NY  10178<br>T: (212) 808-7800<br>F: (212) 808-7897<br>bhoey@kelleydrye.com<br>agottlieb@kelleydrye.com<br><br>*Counsel for Defendant MMC Holding of Brooklyn Inc.* |

NY01\GottA\4278179.1