# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | May 10, 2016 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER:** | CV-16-577 (MKB) |
| **NAME OF CASE:** | Carla Ottley-Cousin -v- MMC Holdings, Inc., et al |
| **FOR PLAINTIFF:** | Laird |
| **FOR DEFENDANT(S):** | Hoey, Gottlie |
| **NEXT CONFERENCE:** | July 12, 2016 (See rulings below) |
| **COURT REPORTER/FTR:** | N/A |

**RULINGS FROM CONFERENCE:**

Plaintiff will provide authorizations releasing her medical disability insurance records, and the parties will serve document demands and interrogatories, by May 24. THE COURT WILL HOLD A STATUS AND SETTLEMENT CONFERENCE AT 4:00 PM ON JULY 12, 2016. If the parties are prepared for meaningful settlement discussions, they shall submit mediation statements, which may be filed ex parte, by July 7, and have principals with full settlement decision-making authority, present or available by telephone throughout the conference. If the parties will not be prepared for a meaningful settlement discussion, they shall so advise the Court by letter no later than July 7, 2016. Counsel shall be prepared to schedule depositions, expert discovery and any anticipated motions if the case is not settled at the next conference.