## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Judge Steven M. Gold |
| **DATE:** | July 12, 2016 |
| **TIME:** | 3:45 P.M. |
| **DOCKET NUMBER:** | CV-16-577 (MKB) |
| **NAME OF CASE:** | CARLA OTTLEY-COUSIN V. MMC HOLDINGS, INC., ET AL |
| **FOR PLAINTIFF:** | Laird |
| **FOR DEFENDANT(S):** | Gottlieb |
| **NEXT CONFERENCE:** | September 21, 2016 (See rulings below) |
| **COURT REPORTER/FTR:** | N/A |

**RULINGS FROM STATUS CONFERENCE:**

Plaintiff has only yesterday produced documents, and defendants will produce responses to document demands by July 18.   THE COURT WILL HOLD A FURTHER CONFERENCE AT 12 NOON ON SEPTEMBER 21, 2016.   The parties will make their best efforts to be ready to discuss settlement by that time, and will have their principals present or available by telephone throughout the conference.   Counsel shall also be prepared to schedule all anticipated depositions if the case cannot be settled at that time, bearing in mind that plaintiff resides in Florida, and that counsel might consider scheduling her deposition and her in-person appearance for a settlement conference during the same trip to New York.